FILED
 2010 Sep-28 PM 01:36
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **Case No. 1:09-CV-8034-VEH-TMP** |
| ) | **1:08-CR-197-VEH-TMP** |
| **JANKOWICZ DENOTA McELDERRY,** ) | |
| ) | |
| **Defendant/Movant.** ) | |

## ORDER

The magistrate judge filed his report and recommendation on July 16, 2010, recommending in part the denial of the defendant's motion to compel the government to file a Rule 35 motion for a sentencing reduction due to his substantial assistance. Having now carefully reviewed and considered *de novo* that portion of the report and recommendation, the court finds that the report is due to be **ADOPTED** and the recommendation **ACCEPTED**. Accordingly, the defendant's motion to compel the government to file a Rule 35 motion is **DENIED**.

**DONE** and **ORDERED** this the 28th day of September, 2010.

*/s/ V.E. Hopkins*

**VIRGINIA EMERSON HOPKINS**
United States District Judge